EDWARD APPLEGATE v. JOHN VAPORIS AND
GEORGE TZAGOURNIS.

March 19, 1984.

Petition for certification denied.

PATRICIA CORRIGAN AND JAMES CORRIGAN v. COLONIAL
PENN INSURANCE COMPANY.

March 19, 1984.

Petition for certification denied.

CONSTANCE FLANAGAN v. LAURELTON PLAZA, INC., D/B/A
EL GRECO'S RESTAURANT & LOUNGE.

March 19, 1984.

Petition for certification denied.

RICHARD CREMA v. NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION AND THE HISTORIC
SMITHVILLE DEVELOPMENT COMPANY.

March 19, 1984.

Petition for certification denied.   (See 192 *N.J.Super.* 505)